UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL,<br><br>        Plaintiff(s),<br><br>  v.<br><br>VALLEY CONCRETE CONSTRUCTION INC.,<br>        Defendant(s).<br>_____/ | No. C-14-03519 DMR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND FILING OF STATUS REPORT** |

      The court is in receipt of the Plaintiffs' Case Management Conference Statement and request to continue the Case Management Conference [Docket No. 11]. The Case Management Conference previously scheduled for November 5, 2014 at 1:30 p.m. has been VACATED. The parties shall submit a status report by December 31, 2014. If Plaintiffs file their anticipated motion for default judgment prior to December 31, 2014, Plaintiffs do not have to file a status report.

      IT IS SO ORDERED.

Dated: October 31, 2014

DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California