IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>       Plaintiffs,<br> v.<br><br>VALLEY CONCRETE CONSTRUCTION INC., a California corporation,<br><br>       Defendant.<br>_____/ | No. CV-14-3519 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiffs shall have judgment in the total amount of $131,905.49 against defendant Valley Concrete Construction Inc., such sum comprising (a) unreported, unpaid contributions under 29 U.S.C. § 1132(g)(2)(A) in the amount of $71,906.38 together with interest thereon under § 1132(g)(2)(B) in the amount of $23,377.27 and interest under § 1132(g)(2)(C) in the amount of $23,377.27; (b) liquidated damages and interest in the amount of $1497.82 on contributions paid but paid late; (c) attorneys' fees in the amount of $10,250.00 and costs in the amount of $1,496.75.

2. Defendant is hereby DIRECTED to allow plaintiffs' auditor to come onto its premises and to perform an audit of its financial records and the financial records of its predecessor Valley Concrete Construction for the period October 2013 through the present including, but not limited to, the following records: Individual earnings records; federal tax forms W-3/W-2 and 1069.1099; reporting forms for all plaintiff trust funds, state DE-3/DE-6 tax reports; workers' compensation insurance; employee time cards; payroll registers/journals; quarterly payroll tax returns (Form 941); check register and supporting cash vouchers; forms 1120, 1040 or partnership tax returns; general ledger; source records, including time cards and time card summaries for all employees; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation of defendant's financial records.

Dated: May 7, 2015                                              Richard W. Wieking, Clerk

                                                                *Tracy Lucero*

                                                                By: Tracy Lucero
                                                                Deputy Clerk